**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| GOLDEN HOUR DATA SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:06-cv-381-TJW |
| | ) | |
| EMSCHARTS, INC., and | ) | Honorable T. John Ward |
| SOFTTECH, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT EMSCHARTS, INC.'S NOTICE OF DISCLOSURE OF
INVALIDITY CONTENTIONS AND PRODUCTION OF DOCUMENTS**

Defendant, emsCharts, Inc. ("emsCharts"), hereby provides notice to this Court that on August 27, 2007, it served counsel for Plaintiff Golden Hour Data Systems, Inc. and Defendant Softtech, LLC with emsCharts, Inc.'s Invalidity Contentions and accompanying document production, in accordance with Local Patent Rules 3-3 and 3-4 and this Court's Orders of May 23, 2007 and July 11, 2007.

DATED: August 27, 2007.                    Respectfully submitted,

                                                                McKool Smith, P.C.

/s/ M. Jill Bindler
Sam Baxter
Lead Attorney
State Bar No. 01938000
505 E. Travis, Suite 105
P. O. Box 0
Marshall, Texas 75670
Telephone: (903) 927-2111
Telecopier: (903) 927-2622
sbaxter@mckoolsmith.com

M. Jill Bindler
McKool Smith P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044
jbindler@mckoolsmith.com

Of Counsel:
S. Manoj Jegasothy (pro hac vice)
Buchanan Ingersoll & Rooney PC
301 Grant Street, 20th Floor
Pittsburg, PA 15219-1410
Telephone: (412) 562-8800
Telecopier: (412) 562-1041
manoj.jegasothy@bipc.com

ATTORNEYS FOR DEFENDANT
EMSCHARTS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice was electronically filed in compliance with Local Rule CV-5(a).  As such, this Notice was served on all counsel who are deemed to have consented to electronic service on August 27, 2007.

                                                /s/ M. Jill Bindler  
                                                M. Jill Bindler