# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GOLDEN HOUR DATA SYSTEMS, INC. a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>EMSCHARTS, INC., a Pennsylvania corporation, and SOFTTECH, LLC, an Oregon limited liability company,<br><br>Defendants.<br>AND RELATED COUNTERCLAIMS | CIVIL ACTION NO. 2:06-cv-381-TJW<br>JURY TRIAL DEMANDED<br><br>Judge T. John Ward |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to Patent Local Rule 4-5(d) and the July 11, 2007 Docket Control Order of this Court, Plaintiff Golden Hour Data Systems, Inc. ("Golden Hour") and Defendant emsCharts, Inc. ("emsCharts") hereby submit their Joint Claim Construction Chart attached as Exhibit A.

Respectfully submitted,

KNOBBE MARTENS OLSON & BEAR LLP

Dated: March 28, 2008

By: s/Frederick S. Berretta
Frederick S. Berretta, *pro hac vice*
fred.berretta@kmob.com
Boris Zelkind, *pro hac vice*
boris.zelkind@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street, Suite 1200
San Diego, CA 92101
Telephone: (619) 235-8550
Facsimile: (619) 235-0176

S. Calvin Capshaw (State Bar No. 03783900)
ccapshaw@mailbmc.com
Elizabeth L. DeRieux (State Bar No. 05770585)
ederieux@mailbmc.com
BROWN MCCARROLL, L.L.P.
1127 Judson Road, Suite 220 (75601)
P.O. Box 3999
Longview, Texas 75606-3999
Telephone: (903) 236-9800
Facsimile:  (903) 236-8787

Attorneys for Plaintiff and Counterdefendant
GOLDEN HOUR DATA SYSTEMS, INC.


MCKOOL SMITH, P.C.


Dated: March 28, 2008               By: s/Bryan Opalko
                                    Sam Baxter, Lead Attorney
                                    State Bar No. 01938000
                                    P.O. Box 0
                                    104 East Houston, Suite 300
                                    Marshall, TX 75670
                                    Telephone: (903) 923-9000
                                    Facsimile: (903) 923-9099
                                    sbaxter@mckoolsmith.com

                                    M. Jill Bindler
                                    MCKOOL SMITH P.C.
                                    300 Crescent Court, Suite 1500
                                    Dallas, Texas 75201
                                    Telephone: (214) 978-4000
                                    Telecopier: (214) 978-4044
                                    jbindler@mckoolsmith.com

                                    Of Counsel:
                                    S. Manoj Jegasothy, *pro hac vice*
                                    Bryan Opalko , *pro hac vice*
                                    BUCHANAN INGERSOLL & ROONEY P.C.
                                    301 Grant Street , 20th Floor
                                    Pittsburgh, PA 15219-1410
                                    Telephone: (412) 562-8800
                                    Telecopier: (412) 562-1041
                                    manoj.jegasothy@bipc.com

                                    ATTORNEYS FOR DEFENDANT
                                    EMSCHARTS, INC.

- 3 -

## CERTIFICATE OF SERVICE

The undersigned certifies that on this March 28, 2008, the foregoing document:

## JOINT CLAIM CONSTRUCTION CHART

was filed electronically in compliance with Local Rule CV-5(a). As such, the document was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

_____
Luz Wright

5078601
032708