**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| GOLDEN HOUR DATA SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:06-cv-381-TJW |
| | ) | |
| EMSCHARTS, INC., and | ) | Honorable T. John Ward |
| SOFTTECH, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING DEFENDANT EMSCHARTS, INC.'S UNOPPOSED MOTION**
**FOR LEAVE TO AMEND ITS P.R. 3-3 INVALIDITY CONTENTIONS**

Before the Court for consideration is Defendant emsCharts, Inc.'s Unopposed Motion for Leave to Amend its P.R. 3-3 Invalidity Contentions. Having reviewed the pleadings filed by the parties and the argument of counsel, the Court finds good cause exists to allow emsCharts, Inc. leave to amend it Invalidity Contentions.

It is therefore Ordered that Defendant emsCharts, Inc.'s Unopposed Motion for Leave to Amend its P.R. 3-3 Invalidity Contentions is hereby Granted.

SIGNED this 11th day of August, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE