- 1 -

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| GOLDEN HOUR DATA SYSTEMS, INC., a California corporation,<br>　　　Plaintiff,<br><br>v.<br><br>EMSCHARTS, INC., a Pennsylvania corporation, and SOFTTECH, LLC, an Oregon limited liability company,<br>　　　Defendants. | CIVIL ACTION NO. 2:06-cv-381-TJW<br>JURY TRIAL DEMANDED<br><br>Judge T. John Ward |
| AND RELATED COUNTERCLAIMS | |

**ORDER**

The parties Joint Motion to Extend Briefing Deadline is hereby GRANTED. The Court hereby extends the following briefing deadline as follows:

| EVENT | CURRENT DUE DATE | REQUESTED DUE DATE |
|---|---|---|
| Reply in Support of Motion for Leave to Amend emsCharts' Invalidity Contentions Pursuant to P.R. 3-3 (Docket No. 85) | September 2, 2008 | September 9, 2008 |

SIGNED this 9th day of September, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE

- 1 -

Dallas 261000v1