IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GOLDEN HOUR DATA SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:06-cv-381-TJW |
| | ) | |
| EMSCHARTS, INC., and | ) | Honorable T. John Ward |
| SOFTTECH, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT EMSCHARTS, INC.'S NOTICE OF DISCLOSURE
OF AMENDED INVALIDITY CONTENTIONS**

Defendant, emsCharts, Inc. ("emsCharts"), hereby provides notice to this Court that on October 28, 2008, it served counsel for Plaintiff Golden Hour Data Systems, Inc. and Defendant Softtech, LLC with emsCharts, Inc.'s Amended Invalidity Contentions, in accordance with this Court's ruling on October 23, 2008.

Dated: October 30, 2008     McKOOL SMITH, P.C.

By: /s/ Sam Baxter
Sam Baxter
Lead Attorney
State Bar No. 01938000
P.O. Box O
104 East Houston, Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099
sbaxter@mckoolsmith.com

M. Jill Bindler
McKool Smith P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044
jbindler@mckoolsmith.com

Of Counsel:
Eric H. Weisblatt
Susan Dadio
Barbara Walker
Martin Bruehs
Buchanan Ingersoll & Rooney PC
1737 King Street, Suite 500
Alexandria, VA 22314
Telephone: (703) 836-6620
Telecopier: (703) 836-2021
eric.weisblatt@bipc.com
susan.dadio@bipc.com
barbara.walker@bipc.com
martin.bruehs@bipc.com

S. Manoj Jegasothy
Buchanan Ingersoll & Rooney PC
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410
Telephone: (412) 562-8800
Telecopier: (412) 562-1041
manoj.jegasothy@bipc.com
**ATTORNEYS FOR DEFENDANT AND COUNTERCLAIMANT EMSCHARTS, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this Notice on October 30, 2008, via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Sam Baxter
Sam Baxter