## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| GOLDEN HOUR DATA SYSTEMS, INC. a California corporation,<br><br>     Plaintiff,<br><br>v.<br><br>EMSCHARTS, INC., a Pennsylvania corporation, and SOFTTECH, LLC, an Oregon limited liability company,<br><br>     Defendants.<br><br>AND RELATED COUNTERCLAIMS | CIVIL ACTION NO.  2:06-cv-381-TJW<br><br><br>Judge T. John Ward |

## NOTICE OF APPEAL BY PLAINTIFF GOLDEN HOUR DATA SYSTEMS, INC.

Notice is hereby given that Plaintiff Golden Hour Data Systems, Inc., hereby appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment (docket number 286) attached as Exhibit A and entered in this action on April 3, 2009, and all orders and judgments incorporated into the final judgment, including without limitation the district court's order finding U.S. Patent No. 6,117,073 unenforceable (docket number 284) and the district court's order granting Defendant emsCharts' motion for judgment as a matter of law as to joint infringement (docket number 285).

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  April 3, 2009

By:  s/Frederick S. Berretta
     Craig S. Summers (State Bar No. 108,688)
     craig.summers@kmob.com
     Frederick S. Berretta (State Bar No. 144,757)
     fred.berretta@kmob.com
     Phillip A. Bennett (State Bar No. 241,809)
     phillip.bennett@kmob.com
     KNOBBE, MARTENS, OLSON & BEAR, LLP
     550 West C Street, Suite 1200
     San Diego, CA  92101
     Telephone:  (619) 235-8550
     Facsimile:  (619) 235-0176

- 2 -

S. Calvin Capshaw (State Bar No. 03783900)
ccapshaw@capshawlaw.com
N. Claire Abernathy (State Bar No. 24053063)
chenry@capshawlaw.com
CAPSHAW DERIEUX LLP
1127 Judson Road, Suite 220
Longview, Texas 75601
Telephone: (903) 236-9800
Facsimile:  (903) 236-8787

Attorneys for Plaintiff and Counterdefendant
GOLDEN HOUR DATA SYSTEMS, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that on this April 3, 2009, the foregoing document **NOTICE OF APPEAL BY PLAINTIFF GOLDEN HOUR DATA SYSTEMS, INC.** was filed electronically in compliance with Local Rule CV-5(a).  As such, the document was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).

Luz Wright

6891741
032709